UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) PARRISH LOVE d/b/a ASPHALT WIZARDS, FUN SERVICES OF KANSAS CITY, INC., DOES 1-50, ) ) ) ) ) Defendants. ) ) | CASE NO. 4:13-CV-00034-DGK |

## WESTERN HERITAGE'S MEMORANDUM REGARDING DISCOVERY ISSUES

This Declaratory Relief action arises from a class action that Western Heritage ("WHIC") is defending under a reservation of rights and in which Fun Services alleges WHIC's insured sent thousands of faxes in violation of the TCPA, 47 USC §227. In this action, WHIC's Interrogatories Nos. 3-8 and 15-19, and Requests for Production of Documents, Nos. 2-9 and 12-18 to Fun Services *(See Exhibits A & B)* seek information regarding fax recipients and faxes sent, which is relevant to WHIC's duty to indemnify. WHIC owes no duty to indemnify if Fun Services cannot establish covered damages, and WHIC has an annual $1,000 "per-claim"/per claimant deductible that must be satisfied before it owes coverage. Fun Services must establish the faxes violated the TCPA, who received them, when, and the fact of covered "damage" under the policies. This information is relevant and reasonably calculated to lead to the discovery of admissible evidence. *Rule 26(b)(1)*. Fun Services objected that this information is irrelevant and did not respond. Fun Services also objects, without basis, that the underlying case is the forum for these requests, not this action. Therefore, WHIC respectfully requests the Court overrule Fun Services' objections and compel full and complete responses to the discover requests above.

Respectfully submitted,

WALDECK, GOLDSTEIN & PATTERSON, P.A.

By: /s/ Kelly M. Cochran
　　Kelly M. Cochran, MO #64458
　　Meagan L. Patterson, MO #58234
　　5000 W. 95th Street, Suite 350
　　Prairie Village, KS 66207
　　Telephone: (913) 749-0300
　　Facsimilie: (913) 749-0301
　　E-Mail: meaganp@wgpkc.com

SELMAN BREITMAN LLP

By: /s/ Rachel E. Hobbs
　　Alan B. Yuter (Pro Hac Vice; CA SBN 101534)
　　Rachel E. Hobbs (Pro Hac Vice; CA SBN 186242)
　　11766 Wilshire Boulevard, Sixth Floor
　　Los Angeles, CA 90025
　　Telephone: (310) 445-0800/Fax: (310) 473-2525
　　E-Mail: ayuter@selmanbreitman.com
**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT**

## CERTIFICATE OF SERVICE

       I certify that on November 12, 2013, I electronically filed the foregoing document with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

Max Margulis
Margulis Law Group
28 Old Belle Monte Road
Chesterfield, MO 63017
Email: maxmargulis@marguislaw.com

David Oppenheim
Jeffrey Berman
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Email: doppenheim@andersonwanca.com
Email: jberman@andersonwanca.com

Barbara Frankland
Rex Sharp
Gunderson Sharp LLP
5301 West 75th Street
Prairie Village, KS 66208
Email: bfrankland@midwest-law.com
Email: rsharp@midwest-law.com

Phillip A. Bock
Bock & Hatch LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL 60602
P: 312.658.5500
Email: phil@bockhatchllc.com
**ATTORNEYS FOR FUN SERVICES**
 **OF KANSAS CITY, INC.**

John Sommer
19049 East Valley View Parkway, Suite B
Independence, MO 64055
johnsommerlaw@sbcglobal.net
**ATTORNEY FOR PARRISH LOVE d/b/a ASPHALT WIZARDS**

                                /s/ Kelly M. Cochran
  &nbsn;                             **ATTORNEYS FOR PLAINTIFF**