# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| WESTERN HERITAGE INSURANCE CO., | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) No. 4:13-CV-0034-DGK |
| PARRISH LOVE, d/b/a ASPHALT WIZARDS, | ) |
| Defendant, | ) |
| and | ) |
| FUN SERVICES OF KANSAS CITY, INC., | ) |
| Defendant/Counterclaim Plaintiff. | ) |

## ORDER DENYING AS MOOT MOTION TO BIFURCATE TRIAL

Now before the Court is Plaintiff Western Heritage Insurance Co.'s motion to bifurcate trial (Doc. 102). Plaintiff seeks to bifurcate the upcoming trial into two phases, a trial of legal issues and a trial of fact issues.

In light of the Court's recent ruling on the parties' cross-motions for summary judgment, which resolves all the legal issues in this case, the motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

Date: June 3, 2014                              /s/ Greg Kays
                                                GREG KAYS, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT